IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY VICKERS, #157003, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10-CV-848-TMH |
| | ) |
| | ) |
| LOUIS BOYD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 24) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 24) of the Magistrate Judge is ADOPTED;

2. The defendants' motion for summary judgment is GRANTED;

3. Judgment is GRANTED in favor of the defendants;

4. This case is DISMISSED with prejudice; and

5. The costs of this proceeding are taxed against the plaintiff.

A separate judgment shall issue.

Done this the 25th day of September, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE